UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Donald Robin Barren, <br><br>　　　　Plaintiff(s), <br><br>vs. <br><br><br>The State of Nevada ex rel, et al, <br><br>　　　　Defendant(s). | 2:23-cv-00792-APG-MDC <br><br> **ORDER GRANTING AND UNSEALING EX PARTE MOTION (ECF NO. 44)** |

　　　Plaintiff Donald Robin Barren filed an *Ex Parte Motion* ("Motion")(ECF No. 44), which is currently under seal, to inform the Court that he has moved to transitional housing. Plaintiff's address has already been updated on the docket.

　　　IT IS ORDERED that:

　　　1. Plaintiff's *Ex Parte Motion* (ECF No. 44) is GRANTED.

　　　2. The Clerk of Court is kindly DIRECTED to unseal plaintiff's Motion (ECF No. 44) on the docket.

　　　Dated: July 31, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**NOTICE**

　　　Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified

time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**