1  AARON D. FORD
    Attorney General
2  NATHAN M. CLAUS (Bar No. 15889)
    Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-7629 (phone)
   (702) 486-3768 (fax)
6  Email: nclaus@ag.nv.gov

7  *Attorneys for Defendants*
   *Diane Hernandez, Kimberly McCoy,*
8  *and Tim Carlson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| DONALD ROBIN BARREN, | Case No. 2:23-cv-00792-APG-MDC |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| v. | DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS, ECF No. 47, AND MOTION FOR INTERPLEADER, ECF No. 48 |
| STATE OF NEVADA EX REL, *et al.*, | |
| Defendants. | |
| | [    FIRST REQUEST] |

Defendants, Diane Hernandez, Kimberly McCoy, and Tim Carson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit their Motion to Extend the Time to File Response to Plaintiff's Motion for Judgment on the Pleadings, and Motion for Interpleader. ECF. Nos. 47 & 48. This is the first request.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    FACTUAL & PROCEDURAL HISTORY

This is a pro se prisoner civil rights action brought by Plaintiff Donald Barren (Barren), asserting claims pursuant to 42 U.S.C. § 1983. Brown has been allowed to proceed on an equal protection claim based on having his risk score changed and being transferred to a different prison against Williams, Hernandez, McCoy, and Tim Carlson. ECF No. 33 at 13:17-19. Barren claims that he had a risk score assessment of 5 and was being housed

at Three Lakes Valley Conservation Camp (TLVCC). *Id*. He then claims that after he filed some grievances, defendants Williams, Hernandez, McCoy, and Carlson increased his risk score from 5 to 9 and had him removed from TLVCC. *Id*.

Barren has filed a motion seeking a judgment on the pleadings. ECF No. 47. Barren has also filed a motion for interpleader as well. ECF No. 48. The due date for any response to these motions is September 18, 2025. *See* ECF. Nos. 47 & 48.

On September 17, 2025, counsel for defendants spoke on the phone with Barren regarding these motions and one other pending one he had. During this phone call, Barren indicated that he was to be paroled out of NDOC custody the next day and he had filed a notice of change of address that he expected would be sent to the court in the next couple of days. Barren was paroled out of NDOC custody on September 18, 2025, and as of this filing, counsel has not received the updated address for Barren through the court filing. Counsel is requesting an 8-day extension to permit the responses to be filed to Barren's new address and to avoid any issues with Barren receiving the documents. Therefore, Counsel requests an additional 8 days to file his opposition to these motions, until September 26, 2025.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, as the trial date is not imminent. Therefore, the Defendants request additional time to prepare and file the reply.

## II.   CONCLUSION

Defendants assert that the requisite good cause and extenuating circumstance are present to warrant the requested extension of time since Barren has been paroled and the

1  updated address has not yet been filed with the Court. Therefore, the Defendants request
2  an extension until September 26, to file their responses to Barren's outstanding motions in
3  support of the motion for summary judgment.
4        DATED this 18th day of September, 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
    NATHAN M. CLAUS (Bar No. 15889)
    Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: September 19, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE